UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARCADIA DEVELOPMENT LLC,

      Plaintiff,

v.                                                 Case No:  2:17-cv-552-FtM-99MRM

WINN-DIXIE STORES, INC. and
WINN-DIXIE STORES LEASING,
LLC,

      Defendants.
_____/

## **NOTICE**[1]

      Before the Court is the parties' Case Management Report (Doc. 23) in which they state they may consent to proceed before United States Magistrate Judge Mac R. McCoy. To do so properly, the parties must now file the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form found the Court's website.[2] The decision to consent is entirely the parties' decision, and any party may withhold consent without adverse consequences. And the parties may consent at any point during litigation.

      **DONE** and **ORDERED** in Fort Myers, Florida this 13th day of November 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

[2] The undersigned has been the only active district court judge in the Fort Myers division since June 2015 and will likely to be so for the near future. The undersigned's demanding trial calendar is rivaled only by its motions and case management obligations. If the parties wish to schedule an earlier and firm trial date, consenting to Judge McCoy is prudent.